1  VENABLE LLP
   Frank C. Cimino, Jr. (*pro hac vice*)
2  FCCimino@venable.com
   Megan S. Woodworth (*pro hac vice*)
3  MSWoodworth@venable.com
   Charles J. Monterio, Jr. (*pro hac vice*)
4  CJMonterio@venable.com
   600 Massachusetts Ave., NW
5  Washington, D.C. 20001
   Telephone:  (202) 344-4000
6  Facsimile:  (202) 344-8300

7  William A. Hector (SBN 298490)
   WAHector@venable.com
8  101 California Street, Suite 3800
   San Francisco, CA  94111
9  Telephone:     (415) 653-3750
   Facsimile:     (415) 653-3755
10
   *Attorneys for Plaintiff*
11 *Viavi Solutions Inc.*

12

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15 VIAVI SOLUTIONS INC.                     Case No. 3:19-cv-07578

16         Plaintiff,

17         v.                               **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

18 OPTRONTEC INC., LG INNOTEK CO.,
   LTD., LG ELECTRONICS, INC., and LG
19 ELECTRONICS U.S.A., INC.,

20         Defendants.

21

22     Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

23 associations of persons, firms, partnerships, corporations (including parent corporations) or other

24 entities (i) have a financial interest in the subject matter in controversy or in a party to the

25 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

26 substantially affected by the outcome of this proceeding:

27     • BlackRock, Inc.; The Vanguard Group

28

VENABLE LLP
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415.653.3750

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned certifies that Viavi Solutions Inc. is a publicly held corporation with no parent corporation, and the following publicly held corporations own 10% or more of Viavi Solutions Inc.'s stock:

- BlackRock, Inc.; The Vanguard Group

Dated: November 18, 2019                                   VENABLE LLP

By:  /s/ William A. Hector
     Frank C. Cimino, Jr. *(pro hac vice)*
     FCCimino@venable.com
     Megan S. Woodworth (*pro hac vice*)
     MSWoodworth@venable.com
     Charles J. Monterio, Jr. (*pro hac vice*)
     CJMonterio@venable.com
     VENABLE LLP
     600 Massachusetts Avenue, NW
     Washington, D.C. 20001
     Telephone: (202) 344-4569
     Facsimile: (202) 344-8300

     William A. Hector
     WAHector@venable.com
     VENABLE LLP
     101 California Street, Suite 3800
     San Francisco, CA 94111
     Telephone: (415) 653-3738
     Facsimile: (415) 653-3755

     *Attorneys for Plaintiff Viavi Solutions Inc.*