# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Northern District of California

**Viavi Solutions Inc.**

    Plaintiff(s),

VS.

**Optrontec Inc., et al.**

    Defendant(s).

Attorney: William A. Hector

Venable LLP
600 Massachusetts Ave., NW
Washington DC 20001



*249021*

**Case Number: 3:19-cv-07578-sk**

Legal documents received by Same Day Process Service, Inc. on **11/21/2019** at **4:44 PM** to be served upon **LG Electronics U.S.A., Inc. by serving Corporation Service Company** at Princeton South Corporate Center, Suite 160, 100 Charles Ewing Blvd, West Trenton, NJ 08628

I, **Ted Cordasco**, swear and affirm that on **November 22, 2019** at **12:00 PM**, I did the following:

Served **LG Electronics U.S.A., Inc. by serving Corporation Service Company** by delivering a conformed copy of the **Summons; Complaint; Exhibits; Civil Cover Sheet** to **Doreen Haeselin** as **Litigation Management Representative & Authorized Agent** of LG Electronics U.S.A., Inc. by serving Corporation Service Company at Princeton South Corporate Center, Suite 160, 100 Charles Ewing Blvd, West Trenton, NJ 08628.

**Description of Person Accepting Service:**
Sex: Female Age: 64 Height: 5ft0in-5ft4in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*(signature)* 11/22/2019

**Ted Cordasco**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **249021**

