David S. Bloch (SBN 184500)
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
Four Embarcadero Center, Suite 3000
San Francisco, California 94111
Telephone: 415.655.1300
Facsimile: 415.520.5609

Attorneys for Defendant OPTRONTEC INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAVI SOLUTIONS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>OPTRONTEC INC., LG INNOTEK CO., LTD., LG ELECTRONICS, INC., and LG ELECTRONICS U.S.A., INC.,<br><br>    Defendants. | Case No. 4:19-cv-07578-SJW<br><br>**JOINDER IN MOTION TO STAY [DKT. 20]**<br><br>Date: February 14, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 5, 2nd Floor<br>     1301 Clay St.<br>     Oakland, CA 94612 |

Without waiving any of its rights or defenses, and without conceding personal jurisdiction or venue, Optrontec Inc. appears solely to join LG's Motion to Stay (Dkt, 20), and for all the reasons set forth therein asks the Court to enter an Order staying this case until the ITC's determination becomes final in *Certain Electronic Devices with Optical Filters and Optical Sensor Systems and Components Thereof*, Inv. No. 337-TA-1187.

DATED: January 17, 2020

**GREENBERG TRAURIG, LLP**

By: /s/

David S. Bloch
blochd@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: 415.655.1300
Facsimile: 415.520.5609

Attorneys for Defendant OPTRONTEC INC.