1  David S. Bloch
   blochd@gtlaw.com
2  GREENBERG TRAURIG, LLP
   Four Embarcadero Center, Suite 3000
3  San Francisco, California 94111
   Telephone: 415.655.1300
4  Facsimile: 415.520.5609

5  *Attorneys for Defendants*
   *LG Electronics, Inc.,*
6  *LG Innotek Co., Ltd., and*
   *LG Electronics U.S.A., Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIAVI SOLUTIONS INC., | Case No. 4:19-cv-07578-JSW |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING UNITED STATES INTERNATIONAL TRADE COMMISSION INVESTIGATION |
| v. | |
| OPTRONTEC INC., LG INNOTEK CO., LTD., LG ELECTRONICS, INC., and LG ELECTRONICS U.S.A., INC., | Date: February 14, 2020<br>Time: 9:00 A.M.<br>Place: Courtroom 5, 2nd Floor<br>       1301 Clay Street<br>       Oakland, CA  94612<br>Judge: Hon. Jeffrey S. White |
| Defendants. | |

The Court having considered Defendants' Motion to Stay and being fully advised in the matter,

**IT IS HEREBY ORDERED** that this case is stayed in its entirety until the conclusion of the ITC investigation. All current deadlines in this case are **VACATED**. The parties are directed to file a joint notice with the Court within 10 days of the resolution of the ITC investigation, detailing their position on how this case should proceed and the Court will then determine how to proceed with this action at that time.

Dated: Hgdtwct{'7.'4242

_____
Honorable Jeffrey S. White
United States District Judge